UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Alan Dutil, on behalf of himself ) <br> and all other similarly situated employees, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> National Golf Management, LLC, ) <br> & Burroughs & Chapin Company, Inc., ) <br> ) <br> Defendants. ) <br> _____) | Case No.: 4:13-CV-2504-MGL <br><br> **ORDER APPROVING SETTLEMENT AGREEMENT AND GENERAL RELEASE** |

THIS MATTER is before the Court seeking approval of the settlement in the instant action between Plaintiff Alan Dutil and the Defendants. Plaintiff Dutil filed this action on September 13, 2013, alleging claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C.A. §201 et seq. (2008). An Order by this Court approving the settlement of the Plaintiff's claims is proper for complete resolution of the FLSA claim.

By the Settlement Agreement and General Release, attached to the Parties' Consent Motion, the Plaintiff Dutil confirms his understanding that his acceptance is for all back wages allegedly due him, including those alleged wages that fall under the FLSA, as well as attorneys fees and costs. Additionally, Plaintiff Dutil understands this settlement means he has given up any right to maintain any claim asserted or that could have been asserted in this action, including claims arising under 29 U.S.C.A. §§206 and 216(b) of the FLSA concerning unpaid minimum wages and/or overtime compensation, as well as an equal amount as to liquidated damages, attorney's fees and court costs.

Plaintiff Dutil and Defendants have agreed that the total sum of Thirteen Thousand Five Hundred and No/100 ($13,500.00) Dollars shall be paid to Plaintiff as settlement of Plaintiff Dutil's

claims, of which Three Thousand and No/100 ($3,000.00) Dollars is allocated to unpaid wages and overtime pay; Five hundred Sixty-three and 02/100 ($563.02) Dollars is allocated to costs incurred by Plaintiff in bringing this action; and Nine Thousand Nine Hundred Thirty-Six and 98/100 ($9,936.98) Dollars is allocated to pay Mr. Dutil's attorneys fees.

Defendants acknowledge that they will pay Plaintiff the total sum of Thirteen Thousand Five Hundred and 00/100 ($13,500.00) Dollars in settlement of all claims including wage, hour, and overtime claims, costs and attorneys fees. Plaintiff acknowledges that he has signed an agreement acknowledging the same as payment of the back wages allegedly due and for all related claims. The Plaintiff acknowledges that the amount of settlement is appropriate given the length of employment, position held, hours worked, and payments previously paid to Plaintiff, and all Parties consent and agree that the Settlement Agreement and General Release, as attached to the Consent Motion, fully and finally settles all claims in this matter.

**ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED** that the Settlement Agreement and General Release, and all terms set forth therein, is approved, and Plaintiff Dutil's action is dismissed with prejudice.

**AND IT IS SO ORDERED**.

/s/Mary G. Lewis
United States District Judge

December 11, 2013
Florence, South Carolina